UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY MORGAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. TUSINO, Warden,<br><br>　　　　　Respondent. | No.  2:20-cv-00605 TLN GGH P<br><br><br>ORDER |

　　　　Petitioner is a federal prisoner proceeding in pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 1, 2020, the undersigned issued findings and recommendations recommending petitioner's habeas petition be dismissed as duplicative. ECF No. 5. Upon review of the court's records, the undersigned verified that petitioner had a pending habeas petition in case Morgan v. Tusino, 2:20-cv-00603-CKD challenging the same 2019 conviction. Id. at 2.

　　　　Petitioner has now filed a motion to file an amended habeas petition. ECF No. 6. However, petitioner's proposed amended petition nevertheless challenges his 2019 conviction in the United States District Court for the Eastern District of California for possession of a firearm by a felon.  Accordingly, petitioner's motion to file an amended petition will be denied. The findings and recommendations filed on April 1, 2020 remain unaltered.

////

1

1  Petitioner is again reminded that he may file motions and requests relating to his 2019
2  conviction in his pending habeas action in Morgan v. Tusino, 2:20-cv-00603-CKD.
3  IT IS HEREBY ORDERED that petitioner's motion to file an amended petition (ECF No.
4  6) is DENIED.
5  Dated: May 1, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2