UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY MORGAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. TUSINO, Warden,<br><br>　　　　　Respondent. | No. 2:20-cv-00605-TLN-GGH<br><br>ORDER |

Petitioner Sammy Morgan ("Petitioner"), a federal prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) Neither party has filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 1, 2020, are adopted in full; and
2. Petitioner's writ for habeas corpus is DISMISSED as duplicative.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: June 16, 2020

Troy L. Nunley
United States District Judge

2