UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY MORGAN, | No. 2:20-cv-00605 TLN GGH P |
| Petitioner, | |
| v. | ORDER |
| T. TUSINO, Warden, | |
| Respondent. | |

This petition for writ of habeas corpus was dismissed on June 16, 2020. The document filed by petitioner since the closing date, "Request for Subpoenas" is stricken and will be disregarded. See ECF No. 17. No orders will issue in response to future filings in this dismissed case unless such filings are appropriate under the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

Dated: June 29, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1